

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Shire PLC, Baxter International Inc., Baxalta Incorporated, and ViroPharma Inc.

No. 06-21-00016-CV

Original Mandamus Proceeding

Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED AUGUST 6, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk